UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17-MJ-105 |
| | ) | |
| v. | ) | |
| | ) | |
| TRISHON COLLINS | ) | |

## ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Complaint number 4:17-MJ-105, referenced above, and any and all accompanying documentation be unsealed effective November 28, 2017.

*A. R. Smith*

HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA